JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Michael Zendejas, et al., | ) | SACV 09-00572-JVS(ANx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| New Century Mortgage Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court having issued an Order to Show Cause on <u>August 25, 2009</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on <u>September 15, 2009</u> and no response having been made,

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  September 17, 2009

_____
James V. Selna
United States District Judge